IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT OF SAN FRANCISCO, et al.,<br><br>    Defendant.<br>                                               / | No. C 07-03790 WHA<br><br><br>**CLERK'S NOTICE**<br>**RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for November 1, 2007 at 11:00 a.m. has been rescheduled for **November 1, 2007 at 3:30 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: October 23, 2007

FOR THE COURT,

Richard W. Wieking, Clerk
By:_____
  Dawn Toland
  Courtroom Deputy to the
  Honorable William Alsup