UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>        Plaintiff,<br><br>  v.<br><br>MARRIOTT OF SAN FRANCISCO et al,<br><br>        Defendant. | Case Number: CV07-03790 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard E. Wilmshurst
PO Box 33
Angels Camp, CA 95222

Dated: October 23, 2007

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk