**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD E. WILMSHURST,

          Plaintiff,

  v.

MARRIOTT OF SAN FRANCISCO,
SAM SNOWMEN, IGNATIUS CHINN,
WILLIAM LOCKYER, BLAKE GRAHAM,
LEE CAREAGA, JOHN MARSH,
KISU YO and DOES 1 through 100,

          Defendants.

_____/

No. C 07-03790 WHA

**ORDER DENYING REQUEST
TO CONTINUE CASE
MANAGEMENT
CONFERENCE AND
RELATED DEADLINES**

      Good cause not shown, the Court **DENIES** plaintiff's request to continue the case

management conference and related deadlines for ninety days.

      In the future, please read and be familiar with the Court's procedures referenced in the

Court's supplemental order and filed on July 16, 2007.

      **IT IS SO ORDERED.**

Dated:  October 29, 2007.

                             _____
                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE