IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWMEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, KISU YO, and DOES 1 through 100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-03790 WHA<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINES** |

　　　Good cause not shown, the Court **DENIES** plaintiff's motion to continue case management conference and initial deadlines for ninety days.

　　　**IT IS SO ORDERED.**

Dated: November 1, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE