**United States District Court**
For the Northern District of California

1
2
3
4
5
6                 IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10    RICHARD E. WILMSHURST,

11              Plaintiff,                              No. C 07-03790 WHA

12        v.

13    MARRIOTT OF SAN FRANCISCO,               **ORDER SETTING NEW CASE**
      SAM SNOWMEN, IGNATIUS CHINN,             **MANAGEMENT**
14    WILLIAM LOCKYER, BLAKE GRAHAM,           **CONFERENCE**
      LEE CAREAGA, JOHN MARSH,
15    KISU YO and DOES 1 through 100,

16              Defendants.
                                          /
17

18         Despite notice, pro se plaintiff did not appear for the case management conference.

19    Plaintiff is reminded by this notice that the 120-day period for service will expire on or about

20    November 13, 2007.  If he does not properly serve defendants within that time period, the action

21    is subject to dismissal.

22         A case management conference is set for **DECEMBER 6, 2007, AT 11:00 A.M.**  When the

23    complaint and summons are served, a copy of this notice will be served with them.

24

25         **IT IS SO ORDERED.**

26

27    Dated:  November 1, 2007.

28                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE