## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 1, 2007

Case No.  C 07-03790 WHA

Title: RICHARD WILMSHURST v. MARRIOTT OF SF

Plaintiff Attorneys: n/a

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Margo Gurule

**PROCEEDINGS**

1) _____CMC - NOT HELD_____

2) _____


Continued to___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

No one appeared.  Court shall issue an order.