IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD E. WILMSHURST,** | C 07 3790 WHA |
| Plaintiff, | **PROPOSED ORDER SUSTAINING DEFENDANT'S MOTION TO DISMISS** |
| **v.** | |
| **MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 THROUGH 100,** | |
| Defendants. | |

Defendant's Motion to Dismiss was submitted and came under consideration before this court, honorable William H. Alsup, Judge Presiding.  Plaintiff Richard E. Wilmshurst filed responsive papers in pro se.  Bradley A. Solomon, Deputy Attorney General, filed the moving papers on behalf of defendant William Lockyer.

After consideration of all pleadings and good cause appearing, the court granted Defendant's Motion to Dismiss in its entirety.

THEREFORE, IT IS ORDERED, that Defendant's Motion to Dismiss is granted.  The complaint as to defendant William Lockyer is dismissed in its entirety.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE