# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *WILMSHURST, Richard E. v. WIlliam Lockyer, et al.*

United States District Court, Northern District of California, San Francisco Division
Case No.:   **C 07-3790-WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 28, 2007</u>, I served the attached

### NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT WILLIAM LOCKYER FROM PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (F.R.C.P. 12(b)(6)); PROPOSED ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Richard E. Wilmshurst
P.O. Box 33
Angels Camp, CA 95222
*Plaintiff*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 28, 2007, at San Francisco, California.

| Emily Tongol | /s/ *Emily Tongol* |
|:---:|:---:|
| Declarant | Signature |

40191220.wpd