1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  BRADLEY SOLOMON
   Deputy Attorney General
4  State Bar No. 140625
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-3664
     Telephone: (415) 703-5627
6    Fax: (415) 703-5480
     Email: bradley.solomon@doj.ca.gov
7  Attorneys for Defendant William Lockyer

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD E. WILMSHURST,** <br><br> Plaintiff, <br><br> v. <br><br> **MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 THROUGH 100,** <br><br> Defendants. | C 07 3790 WHA <br><br> **DEFENDANT WILLIAM LOCKYER'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING HEARING OF DISPOSITIVE MOTION; [PROPOSED] ORDER** <br><br> CMC Date: December 6, 2007 <br> Time: 11: a.m. <br> Courtroom: 9, 19th Floor <br> Judge: Honorable William Alsup |

**A.  Nature of Action; Procedural Status**

This is an action for damages brought by *pro per* plaintiff pursuant to 42 U.S.C. section 1983. Plaintiff sues defendant Attorney General Lockyer claiming alleged use of excessive force and unlawful arrest. Defendant is unaware of any of the other named defendants being served as of this date.

Following service of this action, Defendant Lockyer promptly calendared a motion to dismiss, now set for hearing on January 17, 2008. The motion asserts numerous grounds for dismissal including the complaint being barred by the applicable statute of limitations.

**B.  Grounds for Request**

Defendant was served with this case only in the last twenty (20) days. This matter was set for a case management conference on December 6, 2007. Proper preparation for such a conference would require a substantial amount of effort, including service and filing of early disclosures, and a joint case management conference statement.

Given the pendency of defendant Lockyer's dispositive motion, however, it would appear premature to hold the case management conference at the scheduled time. Obviously, if the motion is successful, the necessity for the conference would be mooted. However, even if the motion is not wholly-dispositive, the likely narrowing of issues would render much of the conference preparation and discovery unnecessary.

Consequently, in the interests of justice, to avoid unnecessary time and expense to all parties, defendant Lockyer herein respectfully requests that the current case management conference (and associated requirements) be continued pending the hearing on defendant's motion.

Dated:  November 30, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General

/s/ *Bradley Solomon*
BRADLEY SOLOMON
Deputy Attorney General

Attorneys for Defendant William Lockyer

Defendant Lockyer's Request for Continuance of CMC Pending Hearing of Motion; [Proposed] Order - C 07 3790 WHA