1 **[PROPOSED] ORDER**

2  IT IS ORDERED that the Initial Case Management Conference herein be continued to

3  _____, 2008.

4  DATED: _____

_____
WILLIAM ALSUP
United States District Court Judge

[Proposed] Order - C 07 3790 WHA

1