GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:  (510) 433-2600
Facsimile:  (510) 433-2699

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC.
(Erroneously sued herein as Marriott of San Francisco) and SAM SNOWDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 through 100,<br><br>　　　　　Defendants. | Case No. C-07-03790 WHA<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(5) and 12(b)(6)**<br><br>Date:　　　January 17, 2008<br>Time:　　　8:00 a.m.<br>Courtroom:　9<br>Judge:　　　Hon. William H. Alsup |

TO PLAINTIFF IN PROPRIA PERSONA:

　　　PLEASE TAKE NOTICE that at the date, time, and place set forth above defendants Marriott International, Inc. (erroneously sued herein as Marriott of San Francisco) and Sam Snowden will move the Court to dismiss the complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(5) on the grounds that Plaintiff failed to serve summons and complaint on defendant within 120 days of the filing of the instant action as required by Federal Rule of Civil Procedure 4(m) and pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that each of the claims are barred by the applicable statue of limitations and on the further ground that the complaint fails to state facts sufficient to constitute a cause of action.

1  This Motion is based on this Notice and Motion, the Memorandum of Points and
2  Authorities filed herewith, the Declaration of GayLynn Conant, the pleadings and papers filed
3  herein, and on such other matters as may be brought to the attention of the Court and the parties at
4  or before the hearing on this Motion.

5  Dated:   December 6, 2007                           LOMBARDI, LOPER & CONANT, LLP

7                                                      By:  /s/ GayLynn Kirn Conant
8                                                          GAYLYNN KIRN CONANT
                                                           Attorneys for Defendants
9                                                          MARRIOTT INTERNATIONAL, INC.
                                                           (Erroneously sued herein as Marriott of
                                                           San Francisco) and SAM SNOWDEN

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541