```
GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC.
(Erroneously sued herein as Marriott of San
Francisco) and SAM SNOWDEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>   Plaintiff,<br><br>v.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 through 100,<br><br>   Defendants. | Case No.  C-07-03790 WHA<br><br>**DECLARATION OF GAYLYNN KIRN CONANT AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN TO DISMISS PURSUANT TO FRCP 12(b)(5)**<br><br>Date:         January 17, 2008<br>Time:        8:00 a.m.<br>Courtroom: 9<br>Judge:       Hon. William H. Alsup |

I, GayLynn Kirn Conant, declare as follows:

1. I am a partner at the law firm of Lombardi, Loper & Conant LLP, attorneys of record for Defendants Sam Snowden and Marriott International, Inc. (erroneously sued herein as Marriott of San Francisco). I have personal knowledge of all matters stated herein and could competently testify thereto if called upon as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of the only item served on Marriott International, Inc.'s designated California Agent for Service of Process, Corporation Service Company (a division of Prentice-Hall Corporation, System, Inc.), Plaintiff's Case Management Conference Statement.

3. I am informed and believe that on November 20, 2007, defendant Sam Snowden was personally served with Summons and Complaint at the San Francisco Moscone Hotel (as reflected in Plaintiff's November 20, 2007 filing). November 20 was more than 120 days after plaintiff filed his Complaint I this action. Mr. Snowden is not an authorized agent for service of process for Marriott International, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2007, at Oakland, California.

*[signature]*
GAYLYNN KIRN CONANT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**EXHIBIT A**



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

TWS / ALL
Transmittal Number: 5469415
Date Processed: 12/03/2007

**Primary Contact:** Maureen Del Duca
Marriott International, Inc.
10400 Fernwood Road
Bethesda, MD 20817

**Copy of transmittal only provided to:**

| | |
|---|---|
| **Entity:** | Marriott International, Inc.<br>Entity ID Number 1722823 |
| **Entity Served:** | Marriott of San Francisco |
| **Title of Action:** | Richard E. Wilmshurst vs. Marriott of San Francisco |
| **Document(s) Type:** | Other |
| **Nature of Action:** | Personal Injury |
| **Court:** | U.S. District Court, Northern District, California |
| **Case Number:** | C 07-03790 WHA |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 11/30/2007 |
| **Answer or Appearance Due:** | 12/06/2007 |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| Sender Information: | Richard E. Wilmshurst<br>209-736-4566 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

P.O. BOX 33
ANGELS CAMP, CA 95222

```
* *  151
* *  9110 $ 00.41⁰
     2787
```
PB86632
NOV 29
ANGELS CAMP, CA   95222

Marriott of San Francisco
c/o Agent April Guss/CSC-Lawyers Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

95833@3503 R034

Richard E. Wilmshurst
In Pro Per
Post Office Box 33
Angels Camp, California 95222
Telephone: (209) 736-4566
Facsimile: (209) 736-4569

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD E. WILMSHURST, | Case No. C 07-03790 WHA |
| Plaintiff, | |
| vs. | **PLAINTIFF'S CASE MANAGEMENT STATEMENT** |
| MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 TROUGH 100, | Date: December 6, 2007<br>Time: 11:00 a.m.<br>Dept: Courtroom 9 |
| Defendants. | Judge: Honorable William Alsup |

Plaintiff, Richard E. Wilmshurst, J.D., pro se, in the above-entitled action submits this Case Management Conference Statement in preparation for the Case Management Conference scheduled for December 6, 2007.

All defendants in the above-entitled case have been served; however, the Answer to the Complaint has not been filed or served by any defendant, therefore plaintiff solely files this Case Management Statement.

1

## 1. PLAINTIFF'S STATEMENT

Plaintiff was physically harmed and humiliated from the defendants' actions. This is an action for monetary relief for violation of the Federal civil rights of plaintiff and for punitive damages. Plaintiff hopes that this case will ultimately result in settlement as to not drain on the time and resources of the Court.

**A.** Plaintiff requests that initial disclosures and a discovery plan pursuant to Fed. R. Civ. P. 26 shall be made by both parties on or before 30 days after Defendants file their answer in this matter.

## 2. DESCRIPTION OF THE CASE

**A.** The Complaint alleges that defendants Igantius Chinn, Blake Graham, Lee Careaga, John Marsh and Kisu Yo attacked plaintiff and threw him to the ground injuring him. At the time of the attack, plaintiff was a guest at the Marriott Hotel and the Hotel was responsible for his safety. A San Francisco Marriott Hotel Security Guard, defendant Sam Snowden, participated in the attack.

Based on the foregoing, plaintiff has alleged the following claims for relief: (1) $500,000 each for violation of Title 42 USCA § 1983 against defendants Igantius Chinn, Blake Graham, Lee Careaga, John Marsh and Kisu Yo; (2) $500,000 for violation of Title 42 USCA § 1983 against defendant San Francisco Marriott Security Guard, Sam Snowden; $10,000,000 against the San Francisco Marriott Hotel in violation of their duty to protect a guest; and any other punitive damages according to proof, subject to the discretion of the jury.

////

////

////

2

Richard E.
Wilmshurst, J.D.

### 3. DISCOVERY

#### A. Anticipated Discovery

Plaintiff anticipates propounding written discovery, including document requests, interrogatory requests and requests for admission, as well as deposition discovery. Plaintiff also believes that it may be necessary to take significant third party discovery, including discovery of persons located inside the hotel at the time of the incident and third parties involved in the dinner/fund raiser for the Legal Community Against Violence, which is why plaintiff was at the Marriott, and any other witnesses with information relevant to the claims alleged by plaintiff in this case.

#### B. Plaintiff's Statement Regarding Subjects on Which Discovery May Be Needed

(1) Any discussions that took place between William Lockyer and any person from the Legal Community Against Violence between May 29, 2005 and November 28, 2007, regarding plaintiff.

(2) Any discussions that took place between any person at the Attorney General's Office and any person from the Legal Community Against Violence between May 29, 2005 and November 28, 2007, regarding plaintiff.

(3) Any discussions that took place between any person employed by the San Francisco Marriott Hotel and the Legal Community Against Violence between May 29, 2005 and November 28, 2007, regarding plaintiff.

(4) Any discussions that took place between any defendant Igantius Chinn, Blake Graham, Lee Careaga, John Marsh or Kisu Yo and the Legal Community Against Violence between May 29, 2005 and November 28, 2007, regarding plaintiff.

3

Case 3:07-cv-03790-WHA   Document 18   Filed 12/06/2007   Page 9 of 10

(5) Any discussions that took place between any defendant Igantius Chinn, Blake Graham, Lee Careaga, John Marsh or Kisu Yo and any person employed by the San Francisco Marriott Hotel between May 29, 2005 and November 28, 2007, regarding plaintiff.

(6) Any discussions regarding the individual and personal motivations of defendants Igantius Chinn, Blake Graham, Lee Careaga, John Marsh or Kisu Yo, whose involvement was clearly excessive, unnecessary and brought for the purposes of harassment.

**4. PROTECTIVE ORDER**

It may be necessary for plaintiff to file a protective order regarding confidential personal information that is not relevant to this case.

**5. LENGTH OF TRIAL**

Plaintiff estimates that a trial of this action will take approximately 2 – 3 days.

**6. PRETRIAL SCHEDULE**

Plaintiff requests that the pretrial schedule shall be made by both parties on or before 30 days after Defendants file their answer in this matter.

Date: <u>November 28, 2007</u>

_____
Richard E. Wilmshurst, J.D.
Plaintiff, pro se

////

////

////

4

Plaintiff's Case Management Statement                                  Case No. C 07 3790 WHA

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Stanislaus County. I am over the age of eighteen (18) years and not a party to this action; my business address is 1103 S. Main Street, Angels Camp, California 95222.

On November 28, 2007, I served the following documents: **PLAINTIFF'S CASE MANAGEMENT STATEMENT** by placing a true copy thereof enclosed in a sealed envelope and served in the manner and /or manners described below to each of the parties herein and addressed as follows:

**MARRIOTT OF SAN FRANCISCO**
Agent April Guss/ CSC-Lawyers Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**SAM SNOWDEN**
Marriott of San Francisco, Security
55 Fourth Street
San Francisco, CA 94103

**IGNATIUS CHINN**
c/o Alice Galindo, Field Representative
1435 River Park Drive, #308
Sacramento, CA 95815

**WILLIAM LOCKYER**
c/o L. Klear, Security Guard
Attorney General's Office
1300 I Street, Suite 124
Sacramento, CA 94244

**BLAKE GRAHAM**
c/o Alice Galindo, Field Representative
1435 River Park Drive, #308
Sacramento, CA 95815

**LEE CAREAGA**
c/o Alice Galindo, Field Representative
1435 River Park Drive, #308
Sacramento, CA 95815

**JOHN MARSH**
c/o Alice Galindo, Field Representative
1435 River Park Drive, #308
Sacramento, CA 95815

**KISU YO**
c/o Jessica Antenorcruz, Student Assistant
11181 Sun Center Drive
Rancho Cordova, CA 95827

__X__   **BY MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with RICHARD E. WILMSHURST practices for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

_____   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Angels Camp, California, on November 28, 2007.

*Karen Pace Zaccheo*
Karen Pace Zaccheo

---

*Proof of Service- Plaintiff's Case Management Statement*        Case No. C 07-03790 WHA