GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC.
(Erroneously sued herein as Marriott of San Francisco) and SAM SNOWDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. C-07-03790 WHA<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN TO DISMISS PURSUANT TO FRCP 12(b)(5) and 12(b) (6)**<br><br>Date:　　　　January 17, 2008<br>Time:　　　　8:00 a.m.<br>Courtroom:　9<br>Judge:　　　Hon. William H. Alsup |

The motion of Defendants MARRIOTT INTERNATIONAL, INC. and SAM SNOWDEN for an order dismissing the Complaint pursuant to FRCP 12(b)(5) and 12(b)(6) came on for hearing on January 17, 2008. Defendants appeared through GayLynn Kirn Conant of Lombardi, Loper & Conant, LLP, and Plaintiff, Richard E. Wilmshurst appeared in propria persona. The Court, having read and considered the motion and supporting papers, opposition papers and good cause appearing:

IT IS HEREBY ORDERED that the motion is GRANTED and the action is hereby dismissed on the following grounds:

as summons and complaint were not properly served on defendant within 120 days of the filing

- The Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 4(m) and 12(b)(5) as Plaintiff failed to timely serve Marriott and Mr. Snowden within 120 days of the filing of the Complaint;
- The 1st Cause of Action for violation of 42 U.S.C. §1983 is barred by the applicable two year statute of limitations;
- The 1st Cause of Action for violation of 42 U.S.C. §1983 is barred as Plaintiff has failed to state fact sufficient to constitute a cause of action against Marriott or Mr. Snowden;
- The 2nd Cause of Action for Conspiracy is barred by the applicable two year statute of limitations set forth in California Code of Civil Procedure §335.1;
- The 2nd Cause of Action for Conspiracy is barred as Plaintiff has failed to state fact sufficient to constitute a cause of action against Marriott or Mr. Snowden;
- The 3rd Cause of Action for "allowing Richard to be falsely arrested and participated in the arrest" is barred by the applicable two year statute of limitations set forth in §335.1;
- The 3rd Cause of Action for "allowing Richard to be falsely arrested and participated in the arrest" is barred as Plaintiff has failed to state fact sufficient to constitute a cause of action against Marriott or Mr. Snowden.

The Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January ___, 2008

_____
HON. WILLIAM H. ALSUP

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541