GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC.
(Erroneously sued herein as Marriott of San Francisco) and SAM SNOWDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>     Plaintiff,<br><br>v.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 through 100,<br><br>     Defendants. | Case No.  C-07-03790 WHA<br><br>**CERTIFICATE OF SERVICE OF DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(5) and 12(b)(6)**<br><br>Date:         January 17, 2008<br>Time:        8:00 a.m.<br>Courtroom:  9<br>Judge:       Hon. William H. Alsup |

I, Joni Gordon, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action.   I am employed in the county of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA 94612-3541.

I served the within:

**1.    NOTICE OF MOTION AND MOTION OF DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(5) AND 12(B)(6)**

**2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MARRIOTT INTERNATIONAL, INC.'S AND SAM SNOWDEN'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(5) AND 12(B)(6)**

**3.    DECLARATION OF GAYLYNN KIRN CONANT AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS**

1  **MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN TO DISMISS PURSUANT TO FRCP 12(B)(5) AND 12(B)(6)**

2  

3  **4.    [PROPOSED] ORDER GRANTING THE MOTION OF DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND SAM SNOWDEN TO DISMISS PURSUANT TO FRCP 12(B)(5) AND 12(B)(6)**

4  

5  on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

6  Richard E. Wilmshurst
P.O. Box 33
7  Angels Camp, CA 95222

8  ☒  By United States Mail: I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐  By Fax Transmission: Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐  By Overnight Delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐  By Personal Service: I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐  By Messenger Service: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2007, at Oakland, California.

Joni Gordon

03553-37448 GKC 546663.1      - 2 -      CERTIFICATE OF SERVICE RE MOTION TO DISMISS C-07-03790 WHA

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541