1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10

| | |
|---|---|
| **RICHARD E. WILMSHURST,** | C 07 3790 WHA |
| Plaintiff, | **PROPOSED ORDER SUSTAINING DEFENDANTS' MOTION TO DISMISS** |
| **v.** | |
| **MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 THROUGH 100,** | |
| Defendants. | |

18      Defendants' Motion to Dismiss was submitted and came under consideration before this

19  court, honorable William H. Alsup, Judge Presiding.  Plaintiff Richard E. Wilmshurst filed

20  responsive papers in pro se. Bradley A. Solomon, Deputy Attorney General, filed the moving papers

21  on behalf of defendants Ignatius Chinn, Blake Graham, Lee Careaga, John Marsh and Kiso Yo.

22      After consideration of all pleadings and good cause appearing, the court granted Defendants'

23  Motion to Dismiss in its entirety.

24      THEREFORE, IT IS ORDERED, that Defendants' Motion to Dismiss is granted.  The

25  complaint as to defendants Ignatius Chinn, Blake Graham, Lee Careaga, John Marsh and Kiso Yo

26  is dismissed in its entirety.

27                                                    _____
                                                     WILLIAM H. ALSUP
28                                                   UNITED STATES DISTRICT JUDGE

Proposed Order Sustaining Defendants' Motion to Dismiss