Richard E. Wilmshurst
In Pro Per
Post Office Box 33
Angels Camp, California 95222
Telephone: (209) 736-4566
Facsimile: (209) 736-4569

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 TROUGH 100,<br><br>Defendants. | Case No. C 07-03790 WHA<br><br>**PLAINTIFF'S MOTION REQUESTING PERMISSION TO E-FILE**<br><br>Complaint Filed: July 16, 2007 |

Plaintiff, Richard E. Wilmshurst, J.D., pro se, seeks approval from the court to e-file on his case mentioned in the caption above.

Date: November 13, 2007

_Richard E. Wilmshurst_
Richard E. Wilmshurst, J.D.
Plaintiff, pro se

/ / / /

/ / / /

/ / / /

1

Richard E. Wilmshurst
In Pro Per
Post Office Box 33
Angels Camp, California 95222
Telephone: (209) 736-4566
Facsimile: (209) 736-4569

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST, | Case No. C 07- 03790 WHA |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION REQUESTING PERMISSION TO E-FILE** |
| MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, and KISU YO AND DOES 1 TROUGH 100, | **[PROPOSED] ORDER** |
| | Complaint Filed: July 16, 2007 |
| Defendants. | |

**[PROPOSED] ORDER**

After reviewing and considering the moving papers;

IT IS ORDERED that Plaintiff's Motion Requesting Permission to E-File, is hereby GRANTED.

Dated: _____        _____
                              William H. Alsup
                              United States District Court Judge

1