IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>    Plaintiff,<br><br>  v.<br><br>MARRIOTT OF SAN FRANCISCO, SAM SNOWDEN, IGNATIUS CHINN, WILLIAM LOCKYER, BLAKE GRAHAM, LEE CAREAGA, JOHN MARSH, KISU YO, and DOES 1–100,<br><br>    Defendants.<br>                                                                / | No. C 07-03790 WHA<br><br>**ORDER DENYING PLAINTIFF'S MOTION REQUESTING PERMISSION TO E-FILE** |

The Court has received plaintiff's request to e-file in this action. As judgment has been entered and the case has already been terminated, this motion is moot and therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: February 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE